***E-Filed 4/4/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LAWRENCE PENTIS,

        Plaintiff,

  v.

SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN OF THE CALIFORNIA STATE AUTOMOBILE ASSOCIATION AND CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU, et al.,

        Defendants.
_____/

**No. C  09-5440 RS**

**ORDER TO FILE DISMISSAL OR STATUS REPORT**

No later than April 21, 2011, either plaintiff shall file a dismissal of this action or the parties shall file a joint status report.

IT IS SO ORDERED.

Dated: 4/4/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE