**\*E-Filed 9/7/11 \***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Lawrence Pentis,

        Plaintiffs,

  v.

Supplemental Executive Retirement Plan of the California State Automobile Association and California State Automobile Association Inter-Insurance Bureau,

        Defendants.

No. C 09-05440 RS

**STANDBY ORDER TO SHOW CAUSE**

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **November 10, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 17, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

    IT IS SO ORDERED.

Dated: 9/7/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE